# EXHIBIT A

| | |
|---|---|
| STATE OF RHODE ISLAND<br>PROVIDENCE, SC. | SUPERIOR COURT |
| ALTHEA JOHNSON, and<br>CARLTON JOHNSON | |
| v. | C.A. NO. PC 2018-1441 |
| HORACE JOHNSON,<br>STATE ROAD AUTO SALES, INC.,<br>and ARBELLA MUTUAL INSURANCE<br>COMPANY, and JOHN DOE and/or JANE DOE | |

## 2nd AMENDED COMPLAINT

NOW COMES THE PLAINTIFFS in the above-entitled matter who allege as follows:

### PARTIES

1. Plaintiff, Althea Johnson, is a resident of the City of Providence, County of Providence and State of Rhode Island.

2. Plaintiff, Carlton Johnson, is a resident of the City of Providence, County of Providence and State of Rhode Island.

3. Defendant, Horace Johnson, upon information and belief is a resident of City of Brocton, County of Plymouth, Commonwealth of Massachusetts.

4. The Defendant, State Road Auto Sales, Inc. upon information and belief is an out of state Domestic Profit Corporation with its principle place of business in the Town of Westport, County of Bristol, and Commonwealth of Massachusetts and has sufficient contacts with the State of Rhode Island to establish jurisdiction.

5. The Defendant, Arbella Mutual Insurance Company upon information and belief is corporation with its principle place of business located 1100 Crown Colony Drive in Quincy, MA 02269 and is doing sufficient business and has sufficient contact within the State of Rhode Island to satisfy an assertion of jurisdiction.

6. The Defendants, John Doe, Alias and/or Jane Doe, Alias whose identities are presently unknown but expected to be revealed through discovery are upon information and belief individuals with sufficient contacts with the State of Rhode Island to satisfy jurisdiction.

Case 1:18-cv-00212-JJM-LDA Document 9-1 Filed 05/09/18 Page 2 of 3 PageID #: 84

## COUNT I

Plaintiff hereby incorporates by reference paragraphs 1 through 6 and realleges as follows:

7. On or about December 17, 2017, the Plaintiff, Carlton Johnson was a passenger in a motor vehicle operated by Defendant, Horace Johnson while traveling along a public roadway in Providence, Rhode Island and at all times herein was in the exercise of sufficient due care and caution so as to allow recovery in this matter.

8. On or about December 17, 2017, Defendant, Horace Johnson was the operator of a motor vehicle, and did operate said vehicle in a negligent manner so as to cause a collision with a telephone pole, #90 at or about 771 Chalkstone Avenue in Providence Rhode Island with Plaintiff, Horace Johnson in the vehicle at the time of said crash.

9. Defendant, failed to operate his vehicle in the exercise of due care losing control of his vehicle causing significant injuries to Plaintiff/ passenger who was at all times in the exercise of sufficient due care and reasonableness.

10. On or about December 17, 2017, Defendant, State Road Auto Sales, Inc. was the registered owner of a motor vehicle being negligently operated by Defendant, Horace Johnson upon and along Chalkstone Avenue, a public roadway in Providence, Rhode Island.

11. That Defendant, Horace Johnson had implied or expressed consent to operate said vehicle owned by Co-Defendant, State Road Auto Sales, Inc.

12. On or about December 17, 2017, Defendant, Arbella Mutual Insurance Company was the liability insurance carrier for the vehicle subject to the complaint and owned by Defendant, State Road Auto Sales, Inc. which was negligently operated by Defendant, Horace Johnson upon and along Chalkstone Avenue, a public roadway, in Providence, Rhode Island.

13. As a direct and proximate result of the negligence of the Defendants, the Plaintiffs' sustained severe personal injuries, which continue to date, incurring significant hospitalization, medical treatment, home health care, rehabilitation, lost wages, loss of consortium, permeant injuries, as well as loss of earning capacity, all proximately caused by the negligence of said Defendants, and other such damages caused by the Defendants.

14. Damages are sufficient to confer jurisdiction upon the Superior Court.

WHEREFORE, Plaintiffs demand judgment against said Defendants, jointly and severally, plus interest, costs and attorney's fees.

## COUNT II

15. The Plaintiff, Althea Johnson incorporate by reference Count I of this complaint and Paragraphs 1 through 14 as if fully set forth herein and further alleges as follows:

16. As a result of the severe and permanent injury sustained by Plaintiff, Carlton Johnson, in addition to the psychological and emotional impact that has caused to be incurred to Plaintiff, which continues on an ongoing basis, said injuries have impacted Plaintiff, Althea Johnson forcing her to have to provide round the clock care and assistance to her son, causing Plaintiff, Althea Johnson to sustain loss of wages, mental and emotional infliction of distress, loss of consortium benefits, and other damages as a result of Defendants' negligence.

WHEREFORE, Plaintiff, Althea Johnson demands judgment against said Defendants, jointly and severally, plus interest, costs and attorney's fees.

## COUNT III

17. The Plaintiffs' incorporate by reference Count I and Count II of this complaint and Paragraphs 1 through 16 as if fully set forth herein and further alleges as follows:

18. The Plaintiffs' collectively allege against Defendant, Arbella Mutual Insurance Company that its failure to respond to reasonable demands for policy limits of one hundred thousand dollars ($100,000.00) within a reasonable time, and under the circumstances of this case, knowing the severity of Plaintiffs' injuries, and in complete disregard of *Asermely v. Allstate Insurance Company*, 728 A.2d 41 (R.I. 1999) and *DeMarco v. Travelers Ins. Co.*, 26A.3d 585 (2011) and R.I. Gen Law 27-7-2.2 and 2.1, to be addressed at the appropriate juncture of these proceedings.

19. Plaintiffs' further allege the Defendant's violation and breach of M.G.L.c. 93(a); 176D §9(3)(a)(b)(f)(g)(k)(i)(m).

WHEREFORE, Plaintiffs' demand judgment against said Defendants, jointly and severally, plus interest, costs and attorney's fees.

Plaintiffs',
By their Attorney,

/s/ Ronald J. Resmini

RONALD J. RESMINI, ESQ. (#0484)
155 South Main Street, Suite 400
Providence, RI 02903
(401) 751-8855

Dated: 04/04/18