# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **ALTIMA JOHNSON, Individually and as heir and natural guardian of Carlton Johnson** ) ) ) | |
| **V.** ) ) | **C.A. No. 18-212-JJM** |
| **HORACE JOHNSON, STATE ROAD AUTO SALES, INC. And ARABELLA MUTUAL INSURANCE COMPANY** ) ) ) ) | |

## JUDGMENT

[  ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the Defendants against the Plaintiff  pursuant to the Memorandum and Order  of Judge John J. McConnell, Jr. dated July 8, 2019 GRANTING Defendants' Motion for Summary Judgment.**

**Enter:**

**/s/ Barbara Barletta**
**Deputy Clerk**

**DATED:   July 8, 2019**