# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**Altima Johnson, et al**

Plaintiff

v.

**Horace Johnson, et al**

Defendant

Case No. **18-212-JJM**

## NOTICE OF APPEAL

Notice is hereby given that **Altima Johnson, et al**, Name

the **Plaintiff** (Party type) in the above-referenced matter, hereby appeals to the United States Court of Appeals for the First Circuit from the **Judgment** (Final judgment or description of order) entered in this action on **July 8, 2019** (Date of entry).

Respectfully submitted,

*[signature]*

Signature

**Ronald J. Resmini Esq.**
Name

**0484**
Bar Number

**Ronald J. Resmini, Ltd.**
Firm/Agency

**155 S. Main St., Ste. 400**
Address

**Providence, RI 02903**
City, State, Zip Code

**07/16/2019**
Date

**(401) 751-8855**
Telephone Number

**(401) 228-6577**
Fax Number

**efile@resminilawoffices.com**
E-mail Address