UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALTIMA JOHNSON, Individually
and as Heir and Natural Guardian of,
CARLTON JOHNSON,
      Appellants

C.A. No.: 1:18-CV-00212-JJM-LDA

vs.

HORACE JOHNSON,
STATE ROAD AUTO SALES, INC., and
ARBELLA MUTUAL INSURANCE COMPANY
      Appellees

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) to dismissal of all claims in this matter with prejudice and without costs or rights of appeal.

Plaintiffs
By their attorney,

_/s/ Ronald J. Resmini_
Ronald J. Resmini, #0484
resmini@resminilaw.com
Law Offices of Ronald J. Resmini, Ltd.
365 Eddy Street, 2nd Floor
Providence, RI 02903
401-751-8855

Defendant Arbella Mutual Insurance Company
By its attorney,

_/s/ Thomas A. Pursley_
Thomas A. Pursley, #6230
tpursley@lynchlynch.com
Lynch & Lynch
45 Bristol Drive
So. Easton, MA 02375
508-230-2500

10 Weybosset Street, Suite 301A
Providence, RI 02903

Defendants, Horace Johnson and
State Road Auto Sales, Inc.
By their Attorney

_/s/ Lisa De Mari_
Lisa De Mari, #8505
Heffernan & De Mari, P.C.
2145 Diamond Hill Road, Suite One
Cumberland, RI 02864
401-334-5600
lisa.demari@heffernanlawoffices.com